■ In the Matter of STELLA E. LYNG, Respondent, v CAROL C. LYNG, Appellant. (Appeal No. 1.)—Order unanimously affirmed, without costs. Same memorandum as in *Matter of Lyng v Lyng* (appeal No. 2) (112 AD2d 29). (Appeal from order of Jefferson County Family Court, Gilbert, J.—visitation.) Present—Hancock, Jr., J. P., Callahan, Doerr, Denman and Green, JJ.